# EXHIBIT B

Andrea E. Celli
Chapter 13 Standing Trustee

To: Kimberly A Broderick  
127 Calhoun Dr.  
Troy, NY 12182

Case No. 14-10338

RICHARD CROAK & ASSOC.  
314 GREAT OAKS BLVD  
ALBANY, NY 12203  
Via Electronic Service

## NOTICE OF CLAIMS FILED

The following is a list of all claims filed by creditors in the above referenced Chapter 13 Bankruptcy Case. A copy of this report has been sent to the Debtor and the Debtor's attorney.

Pursuant to 11 U.S.C. 502(a), the claims are deemed allowed and payment will be remitted to each creditor based on the filed claim amounts unless within 45 days of this Notice, the Debtor or their attorney files a written Objection with the Court AND provides a copy of the objection to the Trustee. All Objections must be in writing and in compliance with Bankruptcy Rule 9014 which requires NOTICE OF MOTION and Motion Objecting to the Claim.

| Name/Acct. No. | Type | Claim Amount | Interest Rate |
|---|---|---|---|
| RICHARD CROAK & ASSOC. | ATTORNEY FEE | 1,000.00 | 0.00 |
| RICHARD CROAK & ASSOC. | PRIOR ATTORNEY | 4,200.00 | 0.00 |
| BANK OF AMERICA N.A. 5111 | MORTGAGE ONGOING | 0.00 | 0.00 |
| BANK OF AMERICA N.A. 5111 | MORTGAGE ARREARS | 59,930.85 | 0.00 |
| OVERTON, RUSSELL & DOERR 9497 | UNSECURED | 0.00 | 0.00 |
| SPRINT NEXTEL 3282 | UNSECURED | 58.33 | 0.00 |

### TOTALS

Total Priority:    $0.00

Total Secured:    $59,930.85

Total Unsecured:    $58.33

Toal Claims Filed    $59,989.18



## SUMMARY OF PLAN TERMS

Debtor's plan payments    $1,524.89/ monthly for 60 months

Minimum amounts required for plan completion:
    Minimum percentage for unsecured creditors    100.00%
    Disposable Income:    $-
    Liquidation:    $20,000.00

Date:   08/15/2014        Signed: /s/ Valerie Cesare

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Kimberly A Broderick | **AFFIDAVIT OF SERVICE**<br>Case No.: 14-10338 |
| Debtor | |

VALERIE CESARE, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE IS OVER THE AGE OF 18 YEARS; THAT SHE SERVED A COPY OF **NOTICE OF CLAIMS FILED** DATED AUGUST 15, 2014 ON THE FOLLOWING MANNERS: ON AUGUST 15, 2014.

**VIA ELECTRONIC FILING:**

Office of the United States Trustee
74 Chapel Street
Albany, NY  12207

RICHARD CROAK & ASSOC.
314 GREAT OAKS BLVD
ALBANY, NY  12203

**VIA REGULAR U.S. MAIL**

Kimberly A Broderick
127 Calhoun Dr.
Troy, NY  12182

BY DEPOSTING A TRUE AND CORRECT COPY OF THE SAME PROPERLY ENCLOSED IN A POST-PAID WRAPPER IN THE OFFICIAL DEPOSITORY MAINTAINED AT 7 SOUTHWOODS PLAZA, ALBANY, NEW YORK DIRECTED TO SAID PERSON(S), AT SAID ADDRESSES.

/s/ VALERIE CESARE
VALERIE CESARE

Sworn before me this
15th day of August, 2014

/s/ Sandra Spring
Reg. # 4955344
Notary Public - State of NY
Qualified in Rensselaer County
My Comission Expires 08/28/2017